UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **BRENDA K. BLACKWELDER** | * | **DOCKET NO. 06-0564** |
| **VERSUS** | * | **JUDGE JAMES** |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | * | **MAGISTRATE JUDGE HAYES** |

**SUPPLEMENTAL REPORT & RECOMMENDATION**

Before the court is claimant's petition for review of the Commissioner of Social Security's denial of her applications for Disability Insurance Benefits and Supplemental Security Income payments.

On January 31, 2007, the undersigned issued a report recommending that the decision of the Commissioner be affirmed and the matter dismissed with prejudice. (*See*, January 31, 2007, Report & Recommendation). Following the issuance of the report, plaintiff's counsel notified the court that he had never received a copy of the Commissioner's brief and thus had been unable to file a reply brief. [doc. # 11]. In response, the district court deferred consideration of the January 31, 2007, Report and Recommendation until briefing was complete and the undersigned issued a supplemental report. (February 14, 2007, Minute Entry).

The undersigned has now received and considered plaintiff's reply brief. However, the brief does not raise any issues or arguments that were not addressed in the original report, and the undersigned reviewed and considered the entire record, including the portions of the record cited by the plaintiff in her reply brief, in reaching the conclusions set out in the previous report. Accordingly, for the reasons set forth in the January 31, 2007, Report and Recommendation,

    **IT IS RECOMMENDED** that the Commissioner's decision to deny benefits be

**AFFIRMED**, and that this civil action be **DISMISSED** with prejudice.

Under the provisions of 28 U.S.C. §636(b)(1)(C) and FRCP Rule 72(b), the parties have **ten (10) business days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **ten (10) business days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Monroe, Louisiana, this 23rd day of February, 2007.

_____
KAREN L. HAYES
U. S. MAGISTRATE JUDGE