RECEIVED
IN MONROE, LA
APR 2 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BRENDA K. BLACKWELDER** | **CIVIL ACTION NO. 06-0564** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendations of the Magistrate Judge having been considered [Doc. Nos. 10 & 14], together with the written objection thereto filed with this Court [Doc. No. 17], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendations are correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this ___ day of April, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE